BATAVIA TIMES PUBLISHING COMPANY, Respondent, *v.* GARRY J. FURY, Appellant.

Submitted May 23, 1938; decided May 31, 1938.

*Garry J. Fury*, in person, for motion.
*William J. Darch* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.

WILLIAM C. DODGE, Respondent, *v.* CITY OF NEW YORK, Appellant.

Submitted May 23, 1938; decided May 31, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 278 N. Y. 25.)

HELEN LIBARIS, as Administratrix of the Estate of ANDREW J. LIBARIS, Deceased, Appellant, *v.* THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

Submitted May 23, 1938; decided May 31, 1938.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 277 N. Y. 691.)